(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Arizona** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TODD McFARLANE PRODUCTIONS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>    **86-0782249** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1711 W. GREENTREE DRIVE, SUITE 208**<br>**TEMPE, AZ 85284** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Maricopa** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1711 W. GREENTREE DRIVE, SUITE 208**<br>**Tempe, AZ 85284** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s)<br>■ Corporation<br>☐ Partnership<br>☐ Other_____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business<br><br>**Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)          THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TODD McFARLANE PRODUCTIONS, INC.** | FORM B1, Page 2 |
| --- | --- | --- |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**Josefina F. McEvoy, (CA Bar No. 147138)**
Printed Name of Attorney for Debtor(s)

**SQUIRE SANDERS & DEMPSEY L.L.P.**
Firm Name

**Two Renaissance Square**
**40 N. Central Ave., #2700**
**Phoenix, AZ 85004-4498**
Address

**602-528-4000  Fax: 602-253-8129**
Telephone Number

2/17/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Todd D. McFarlane**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

12/17/04
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### District of Arizona

In re **TODD McFARLANE PRODUCTIONS, INC.**      Case No. _____

Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Angel Medina<br>121 Sherman Avenue<br>Montgomery, IL 60538 | Angel Medina<br>121 Sherman Avenue<br>Montgomery, IL 60538 | Contract Artist | | 3,960.00 |
| Anna Brooks<br># 305 - 1601 Jubilee Avenue<br>Victoria, BC V8R 4N4, Canada | Anna Brooks<br># 305 - 1601 Jubilee Avenue<br>Victoria, BC V8R 4N4, Canada | Outstanding Check | | 1,000.00 |
| Atwell, Curtis & Brooks, Ltd<br>204 Stonehinge Lane<br>Carle Place, NY 11514 | Atwell, Curtis & Brooks, Ltd<br>204 Stonehinge Lane<br>Carle Place, NY 11514 | Collection Agency for Arthur Andersen | | 7,649.00 |
| Bank of America<br>Southwest Legal Order Processing<br>NM1-101-03-06, PO Box 25500<br>Albuquerque, NM 87125-0500 | Bank of America<br>Southwest Legal Order Processing<br>NM1-101-03-06, PO Box 25500<br>Albuquerque, NM 87125-0500 | Outstanding Check | | 6,000.00 |
| Brian Haberlin<br>28411 Rancho De Linda<br>Laguna Niguel, CA 92677 | Brian Haberlin<br>28411 Rancho De Linda<br>Laguna Niguel, CA 92677 | Contract Artist | | 13,600.00 |
| Brian Holguin<br>3416 Buena Vista<br>Glendale, CA 91208 | Brian Holguin<br>3416 Buena Vista<br>Glendale, CA 91208 | Contract Artist | | 8,800.00 |
| Comicraft<br>8910 Rayford Drive<br>Los Angeles, CA 90045 | Comicraft<br>8910 Rayford Drive<br>Los Angeles, CA 90045 | Contract Artist | | 2,200.00 |
| Danny Miki<br>16601 Joshua Tree Court<br>Chino Hills, CA 91709 | Danny Miki<br>16601 Joshua Tree Court<br>Chino Hills, CA 91709 | Contract Artist | | 4,070.00 |
| Greg Capullo<br>5017 Colonial Drive<br>Schenectady, NY 12303 | Greg Capullo<br>5017 Colonial Drive<br>Schenectady, NY 12303 | Contract Artist | | 18,250.00 |
| Greg Scott<br>134 Central Avenue<br>Staten Island, NY 10301 | Greg Scott<br>134 Central Avenue<br>Staten Island, NY 10301 | Contract Artist | | 1,750.00 |
| Henry & Horne, PLC<br>2055 East Warner Road, Suite 101<br>Tempe, AZ 85284 | Henry & Horne, PLC<br>2055 East Warner Road, Suite 101<br>Tempe, AZ 85284 | 2004 tax planning | | 3,200.00 |
| Jay Fotos<br>511 W. 19th Street<br>Tempe, AZ 85281 | Jay Fotos<br>511 W. 19th Street<br>Tempe, AZ 85281 | Contract Artist | | 5,600.00 |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re   TODD McFARLANE PRODUCTIONS, INC.                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kim Kolomyjec 9918 162nd Street Court East Lot 2 Puyallup, WA 98375 | Kim Kolomyjec 9918 162nd Street Court East Lot 2 Puyallup, WA 98375 | Trade Debt | | 1,560.00 |
| McFarlane Toys, Inc. 1711 W. Greentree Drive, Suite 208 Tempe, AZ 85284 | McFarlane Toys, Inc. 1711 W. Greentree Drive, Suite 208 Tempe, AZ 85284 | Intercompany debt - allocation of administrative expenses | | 683,901.55 |
| Neil Gaiman c/o Kenneth F. Levin, Esq. 20 N. Wacker Drive, Suite 2200 Chicago, IL 60606 | Neil Gaiman c/o Kenneth F. Levin, Esq. 20 N. Wacker Drive, Suite 2200 Chicago, IL 60606 | Litigation claim | Unliquidated Disputed | Unknown |
| Register of Copyrights Library of Congress -- Copyright 101 Independence Avenue Washington, DC 20559 | Register of Copyrights Library of Congress -- Copyright 101 Independence Avenue Washington, DC 20559 | Outstanding check | | 60.00 |
| Tom Orzechowski One South Hill Blvd San Francisco, CA 94112 | Tom Orzechowski One South Hill Blvd San Francisco, CA 94112 | Contract Artist | | 2,200.00 |
| Tony Twist c/o Stanley M. Hammerman 3101 North Central, Suite 500 Phoenix, AZ 85012 | Tony Twist c/o Stanley M. Hammerman 3101 North Central, Suite 500 Phoenix, AZ 85012 | Litigation | Disputed | 15,000,000.00 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **December 17, 2004**                          Signature   **/s/ Todd D. McFarlane**
                                                                    **Todd D. McFarlane**
                                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **TODD McFARLANE PRODUCTIONS, INC.**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Todd McFarlane<br>1711 W. Greentree Drive, Suite 208<br>Tempe, AZ 85284 | common | 10,000 | direct |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _DEC-14-2004_ .

Signature _____

**Todd D. McFarlane**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_0_ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**TODD McFARLANE PRODUCTIONS, INC.**

**WRITTEN CONSENT IN LIEU OF MEETING OF BOARD OF DIRECTORS**

December _17_, 2004

The undersigned, being all members of the Board of Directors of **Todd McFarlane Productions, Inc.**, an Arizona corporation (the "Corporation"), pursuant to Section 10-821 of the Arizona Revised Statutes and the By-Laws of the Corporation, do hereby consent to the adoption of the following resolutions:

Chapter 11 Filing

**WHEREAS**, the Board of Directors of the Corporation (the "Board") has determined that it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Arizona pursuant to Chapter 11 of Title 11 of the United States Code;

**NOW, THEREFORE, BE IT RESOLVED**, that the President, Vice President, Treasurer and Secretary of the Corporation (the "Authorized Officers"), any member of the law firm of Squire, Sanders & Dempsey L.L.P. and any member of any other law firm retained by the Authorized Officers on behalf of the Corporation are hereby authorized and directed to execute and deliver all documents necessary to effect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation;

**RESOLVED FURTHER**, that the Authorized Officers are hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case;

**RESOLVED FURTHER**, that the Authorized Officers are hereby authorized and directed to employ the law firm of Squire, Sanders & Dempsey L.L.P. and its members and associates and such other professional advisors that the Authorized Officers determine are necessary or advisable to represent the Corporation in such bankruptcy case;

**RESOLVED FURTHER**, that the officers of the Corporation, or any of them, and other persons appointed to act on the Corporation's behalf in connection with the bankruptcy filing, are hereby authorized and empowered by and on behalf of the Corporation and in its name, to execute and deliver all applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto and to do and to cause any and all other acts and things as they or any of them may deem necessary or appropriate to effectuate the purpose of the foregoing resolutions and the execution by such officer or

Phoenix/300374.2

officers of such documents shall conclusively establish their authority therefore from the Corporation and the approval and ratification by the Corporation of such documents so executed and the actions so taken;

**RESOLVED FURTHER**, that any such action taken prior to the effective date of this Consent by the officers of the Corporation, or any of them, and other persons appointed to act on the Corporation's behalf in connection with the foregoing resolutions, are hereby ratified, confirmed and approved by the Corporation; and

Omnibus Resolutions

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed to undertake such further acts, and to execute and deliver such documents as may be necessary and appropriate to implement the purposes and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that the Board hereby adopts, as if fully set forth herein, the form of any and all resolutions required in connection with the matters set forth herein; provided that (i) the Authorized Officers deem the adoption of such resolutions necessary or advisable and (ii) the Secretary or other officer of the Corporation evidences such adoption by filing copies of such resolutions with the minutes of this meeting; and

DATED this _17_ day of December, 2004

_____
Todd McFarlane
Director

_____
Wanda Kolomyjec
Director